## Smith, Appellant, *v.* Peoples Natural Gas Co.

Argued Oct. 26, 1914. Appeal, No. 44, Oct. T., 1914, by plaintiff, from judgment of C. P. Allegheny Co., June T., 1911, No. 131, on directed verdict for defendant, in case of C. J. Smith, now Elmer A. Smith, administrator of the estate of C. J. Smith v. Peoples Natural Gas Company. Before BROWN, C. J., POTTER, ELKIN, MOSCH-ZISKER and FRAZER, JJ. Affirmed.

Trespass to recover damages for injuries resulting from an explosion of natural gas in plaintiff's dwelling. Before REID, J.

The facts appear in Windish v. Gas Company, 248 Pa. 236, and in Pouder v. Gas Company, 248 Pa. 242.

Verdict for defendant by direction of the court and judgment thereon. Plaintiff appealed.

*Error assigned* was in directing a verdict for defendant.

*William E. Hague* and *Joseph F. Mayhugh,* with them *George Weil* and *James G. Nevin,* for appellant.

*William A. Stone,* of *Stone & Stone,* with him *Christy Payne,* for appellee.

OPINION. BY MR. JUSTICE ELKIN, March 1, 1915:

For the reasons stated in the opinions just handed down in Windish v. Peoples Natural Gas Company, and in Pouder against same company, the contention of appellant in the present case cannot be sustained. The

facts are the same in all essential particulars and there is no distinction in principle between the cases.

Judgment affirmed.